Richard Corker. I saw the crowd go through the jail and heard Millis say don't put the Negro, put me to jail.

Nathan Burrows.

*Ridgely.* The defense set up is that Millis did not know he was arrested. I say it is not necessary he should if he rescued him. An officer may go at midnight and arrest a person for a breach of the peace, but a private man must show his authority. 1 Hale P.C. 606. If a person breaks the prison and lets out felons, it is felony; if traitors, it is treason. 4 Bac.Abr. If an officer has arrested a person, and another rescues him, he is guilty; for every person is bound to take notice of an officer.

*Vining.* We rest our defense on two points. First, the officers were negligent. Second, the rescue is not legally proved. We say Millis was not absolutely bound to take notice Clark was a constable.

*Rodney.* We mean to show in our defense whether we are guilty of a rescue from constable or jailer. We do not mean to contend the defendant did not know he was properly imprisoned. The constable had delivered him over to the turnkey. I take it to be settled as soon as the person is brought within the doors he is in custody.

*Ridgely.* The counsel admit the facts, but say that he was in custody of the jailer, and certainly he was taken from the jail.

JOHNS, J.
Verdict, guilty. Fined.

### STATE v. CHARLES LOADNUM.

Court of Oyer and Terminer. Dover. May 15, 1798.

*Rodney's Notes.*

*Ridgely* [for State].

Whitby. Twenty-seventh of last March two of his people were at work near the stable hauling manure. I requested my horse, and he ordered him. I was standing at the window, and this Charles was standing near the cart. The other was said to be in kitchen. I heard high words. I saw Charles make towards

the kitchen and discovered a stick about two and a half feet long in his hand, and I saw something as if it was cast at him. He then got behind the cart, but I saw the whirl of the stick as if he struck over handed. I then heard a cry that Charles had killed his brother. I went out and Charles had raised him up, his head hanging down. He appeared to be dead. Charles kept saying he is not dead. He was not far from the place Charles struck. He, Charles, seemed to be much alarmed. Mr. David and Register passed by the window towards them. I saw no wound. The cry he was killed came from David's children, a small boy six or seven years old. Cart was 30 yards from the window. I was a good deal agitated. After the attempt to bleed him, I returned and took hold of the other arm but found I was like to faint. I went and sat down in the porch and did faint. The cart was the only thing that intercepted my view of Charles.

John Seney. Charles said he and his brothers had such dreadful actions it was a wonder a thing of the kind had not happened before.

*Miller* for defendant. When the evidence for defendant comes before you I trust you will be of opinion his death was accidental altogether.

Morgan Blackshire, fifteen years old. I live with David; he is my guardian. I heard Jacob cursing Charles, and Jacob went towards him. I got over the fence and saw Charles go towards Jacob, and he threw a swingletree at Charles. He ran towards Jacob and raised a stick he had driving the oxen with (this one is the very stick I know by the crook). Jacob then ran twenty or thirty yards and fell down. Charles turned and laughed, was going towards his work. I told him Jacob was dying or had killed himself. I got to Jacob before Charles. Mr. David came and raised him up. He fell down hill, was a hole near him a foot deep, a post-hole. Were cursing, something about putting the oxen. Charles did not get nearer than five or six yards from Jacob. I thought Charles was going to strike Jacob. I got to Jacob first. Charles said Jacob was not dying. Sometimes they cursed and most always were playing with each other. David picked the stick up. He and George rubbed him after Charles quit.

Joseph David. I heard Jacob calling Charles a damn liar, and saw him jump or dodge. Jacob ran about 28 yards, looked round, made a blunder and fell. We ran to him, took him up. His head pitched forward. It was lifted up, and it fell back. I got a knife and endeavored to bleed him. There was a post-

hole three feet from him—fell down hill. Charles was fond of Jacob and much distressed, etc. I can't say the boys were not close together before I saw them or that Charles did not strike Jacob. The third day after his death I came to Dover and sent word to the coroner. He did not come, and I went down to him. I went to New Castle, returned, and I examined his head, could find no wound.

William Morris. The day after the boy was killed I saw the boy, examined him, could find no wound, except a small bruise below his elbow and where they have attempted to bleed him.

Nehemiah Cloak. I made the coffin, examined the boy at Joseph David's request as he could not get the coroner. I examined his head and every part, could find no wound except his arm.

William David. I examined Jacob particularly the evening of his death, could find no wound or bruise except his arm.

John Hastings.

Dr. Ridgely. Death may often happen from a stroke on the [head] without fracture of the skull. I was called to Hartshorne, who was killed in this county, and we could not discover the fracture till the hair and skin was removed, and then found a considerable one. Death may happen from a concussion of the brain and by a bruise. Hartshorne bled, was bruised much, his head was swelled. The swelling of head might prevent our discovering the fracture. Death may [happen], though I never knew it to happen, without bruises or some external injury. I never saw a case of the dislocation of the neck though I believe immediate death might happen from it. In that case the bone would stop the windpipe.

Thomas Wilds. Mr. Ridgely's brother was taken home and a doctor sent for; no discovery of a fracture could be made. After his death his scalp was taken off and a wonderful fracture discovered. The head was not swelled at first, a little before he died. They supposed a fracture had been made.

Dr. Laws. I have known one case where a sailor died from a concussion of the brain; the head did not swell. Death was occasioned in the opinion of the physician at the hospital, this was occasioned by an extravasation of the blood etc. I don't suppose death could take [place] from a stroke on the head by this stick without an external bruise appearing. Concussion or injury to the brain is sometimes on the opposite side to the stroke. Immediate death may take place from a blow in the pit of the stomach or by a fall.

Benjamin Bradey.

*Ridgely* for State. Fost. 256. Definition of malice. And Fost. 281, and 262, 263. 1 Hawk.P.C. 83 s. 39, 81 s. 21.

*Miller* for prisoner. I agree with Attorney General this is not manslaughter. I think I can convince you the prisoner has committed no offense against the laws, from this evidence. 1 Hale P.C. 449. Murder being the killing a man in malice prepense. Manslaughter by a sudden falling out. 483. 4 Bl.Comm. 359. All presumptive evidence of felony should be admitted cautiously. 2 Hale P.C. 289, 290, to same point.

*Rodney,* for prisoner, in conclusion.

4 Bl.Comm. 198. This author has taken notice of all the cases cited by Attorney General.

Verdict, guilty of manslaughter and not guilty of murder. Sentence of the Court that the prisoner convict be burnt in the brawn of the left thumb with the letter M.

## STATE v. NELLY JACK.

Court of Quarter Sessions. Sussex. 1802.

*Rodney's Notes.*

Benjamin Prettyman. On September 12, at Lacey's Meeting, my wife took off a riding gown and put it on the fence. When we came out the gown was gone, and we found it a day or two afterwards at Mrs. Warren's. The sleeves were cut off. The gown produced; witness says is the same.

Rachel Warren, sworn. Nelly Jack brought the gown to my house Tuesday. She came to my house Sunday from meeting with my daughter. Had no gown with her then. She said it was a gown she bought, had it on when she came to my house.

Noble Knawwood, produced. Objection that he is a mulatto, therefore not competent; in support of which the Act of 1799 was produced. Court overruled the objection. Witness sworn. He saw Nelly with a gown on her arm carrying along publicly. I don't think this looks like it. She went towards the company with it.